IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**COMMONWEALTH OF PUERTO RICO, et al.,**

Defendants.

CASE NO. 99-1435 (GAG-MEL)

### ORDER Re: Letter from Participant's Parent (Docket No. 3083)

The JCC shall within **30 days** of this order prepare an investigative report regarding the subject of the letter at Docket No. 3083 This letter will be translated by the Court and made part of the record. The participant's identity as well as that of her parent have been removed from the public document.

The JCC's report will primarily focus on the conditions of care of the deceased participant following her transfer from Fundación Modesto Gotay. However, the same may also address any other matter informed in said letter.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of August 2020.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge